UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In re: | Case No. 16-25650-AJC |
|---|---|
| ATLANTA MARLA WHITE, | Chapter 7 |
| Debtors. | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

*NEW WORLD CONDOMINIUM APARTMENTS CONDOMINIUM ASSOCIATION, INC.* ("New World" or "Movant"), by and through its undersigned counsel and pursuant to 11 U.S.C., Section 362 (d), Section 362 b(24), Section 549 (c), and Bankruptcy Rule 4001, respectfully represents as follows:

1. Debtor filed for relief under Chapter 7 of the Bankruptcy Code on 11/22/2016.

2. The Court has jurisdiction on this matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (b)(2)(G) and 1334.

3. Movant holds a security interest in the Debtor's real property located at 395 NW 177th Street Apt 110, Miami Gardens, FL 33169 by virtue of Declaration of Condominium recorded in Official Records Book 17301, Page 1661.

4. The aforementioned Declaration of Condominium gives Movant a secure creditor position on the property legally described as:

    Unit No. 110, of NEW WORLD CONDOMINIUM APARTMENTS, a Condominium according to the Declaration of Condominium thereof, as recorded in the Official Book 17301, Page 1661, of the Public Records of Miami-Dade County, Florida.
    a/k/a 395 NW 177th Street #110, Miami, Gardens, FL 33169

5. The is due to the Movant the sum of $29,012.51, plus any additional maintenance, special assessments, interest and late fees, advanced by the Movant subsequent to the

entry of the Final Judgment of Foreclosure of Claim of Lien and Judgment filed in the Eleventh Circuit Court of Miami-Dade County; Case No. Styled *New World Condominium Apartments Condominium Association, Inc. vs. Atlanta White et. al. Case #2016-13622 CA 01.* A copy of the Final Judgment of Foreclosure is attached hereto as Exhibit 'A.'

6. Debtor has not made payments on the condominium maintenance and special assessments since June 2011 and therefore the interest of the Movant is not being adequately protected.

7. The estimated value of the subject property is $48,500.00 the source of the valuation is the Miami-Dade Property Appraiser's current website report. A copy of the Miami-Dade Property Appraisal is attached hereto as Exhibit 'B.'

8. Movant maintains that cause exists pursuant to 11 U.SC. § 362(d)(1) for the automatic stay to be lifted.

WHEREFORE, the Movant, respectfully requests this Honorable Court enter an Order the Movant, full relief from the automatic stay to pursue its State Court foreclosure proceedings on the Real Property and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                Shmucher Law, PL
                                                Counsel for Movant
                                                20801 Biscayne Blvd. #403
                                                Miami, FL  33180

(954) 309-5559 (phone)
(305) 397-2333 (fax)

By:___/s/_ofer shmucher_____
Ofer Shmucher
Fla. Bar No. 70628

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM-ECF to all parties registered via First-Class U.S. Mai to all of the parties listed below this 9th day of December, 2016.

Atlanta White
395 NW 177th Street #110
Miami Gardens, FL 33169

3