IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA

CASE NO. 2016-13622 CA 01

NEW WORLD CONDOMINIUM APARTMENTS
CONDOMINIUM ASSOCIATION, INC.,

        Plaintiff,

vs.

ATLANTA WHITE, et al.

        Defendant(s).
_____/

## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court on Plaintiff's Motion for Summary Final Judgment on August 17, 2016. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED** against Defendants, ATLANTA WHITE, SPRINGLEAF HOME EQUITY, INC. f/k/a AMERICAN GENERAL HOME EQUITY, INC., LVNV FUNDING, LLC, CITIFINANCIAL SERVICES, INC., SUNSHINE SAVINGS BANK f/k/a SUNSHINE STATE CREDIT UNION.

1. **Amounts Due**. There is due and owing to Plaintiff the following:

| | |
|---|---|
| Unpaid Assessments and Late Fees from June 2011 through June 2016 | $ 14,241.76 |
| Prejudgment Interest using 18% annual interest rate applied to the principal sum due and owing per month | $ 10,474.07 |
| **SUBTOTAL:** | **$ 24,715.83** |

**Costs**:

| | |
|---|---|
| Recording | $ 14.50 |
| Mailing | $ 14.00 |
| Title Search | $ 10.00 |
| Complaint & Lis Pendens | $ 418.18 |
| 5 Summons | $ 50.00 |
| Process Server | $ 245.00 |
| Clerk's Foreclosure Sale Fee | $ 70.00 |
| **SUBTOTAL:** | **$ 821.68** |

**Attorney's Fees**:
Attorney's fees for Bradley A. Friedman, Esq. based
upon 13.9 hours at $250.00 per hour                $ 3,475.00

SUBTOTAL:        $ 3,475.00

GRAND TOTAL:     $ 29,012.51

2. **Interest**. The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest.

3. **Lien on Property**. Plaintiff, whose address is 160 NW 176th Street, Suite 300, Miami, FL 33169, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

> **Unit No. 110, of NEW WORLD CONDOMINIUM APARTMENTS, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 17301, Page 1661, of the Public Records of Miami-Dade County, Florida.**
>
> **a/k/a 395 NW 177th Street, #110, Miami Gardens, FL 33169**

4. **Sale of Property**. If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale. Pursuant to Administrative Order 09-18, the Clerk of the Courts for the Eleventh Judicial Circuit is authorized to conduct on-line public auctions of real property in lieu of on-site auctions. The Clerk of the Courts shall conduct the sale online at www.miamidade.realforeclose.com commencing at 9:00 A.M. on __10-07-16__ to the highest bidder for cash.

5. **Costs**. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum

CASE NO. 2016-13622 CA 01

with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds**. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. **Right of Redemption/Right of Possession**. Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Section 45.01315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to tenant protections in compliance with the provisions of Section 83.561, Fla. Stat. (2015).

8. **Attorney Fees**. The Court finds, based upon the affidavits presented and upon reasonable inquiry of counsel for the plaintiff, that 13.9 hours were reasonably expended by plaintiff's counsel and that an hourly rate of $250.00 is appropriate. Plaintiff's counsel represents that the attorney fee awarded does not exceed its contract fee with the Plaintiff. The court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145 (Fla. 1985).

9. **Jurisdiction**. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI, FLORIDA (TELEPHONE: (305) 375-5943) WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 N. AVENUE, SUITE 214, MIAMI, FLORIDA (TELEPHONE: (305) 579-5733), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE DADE COUNTY BAR ASSOCIATION LEGAL AID SOCIETY FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, this _____ day of August, 2016.

CONFORMED COPY

AUG 17 2016

_____
BARBARA ARECES
CIRCUIT COURT JUDGE
JUDGE BARBARA ARECES

CASE NO. 2016-13622 CA 01

Copies furnished to:
Bradley A. Friedman, P.A., *Attorney for Plaintiff*
brad@bfriedmanlaw.com

Atlanta White, *Defendant*
395 NW 177th Street, #110
Miami Gardens, FL 33169

Citifinancial Services, Inc.
351 West Camden Street
Baltimore, MD 21201

SPRINGLEAF HOME EQUITY, INC.,
f/k/a AMERICAN GENERAL HOME EQUITY, INC.
c/o CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

LVNV FUNDING, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

SUNSHINE SAVINGS BANK
f/k/a SUNSHINE STATE CREDIT UNION
1400 E. Park Ave
Tallahassee, FL 32301