

**IMPORTANT MESSAGE**

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

| Address | Owner Name | Folio |

## SEARCH:

white, atlanta

### PROPERTY INFORMATION

**Folio:** 34-2112-034-0100

**Sub-Division:**
NEW WORLD CONDO APTS

**Property Address**
395 NW 177 ST   UNIT: 110
Miami Gardens, FL  33169-4947

**Owner**
ATLANTA WHITE

**Mailing Address**
395 NW 177 ST #110
MIAMI, FL 33169-4948

**Primary Zone**
6200 COMMERCIAL - ARTERIAL

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL

| | |
|---|---|
| Beds / Baths / Half | 2 / 1 / 0 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | |
| Living Area | 730 Sq.Ft |
| Adjusted Area | 730 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1968 |



Zoom  Map View  Layers



**Featured Online Tools**

| | |
|---|---|
| Comparable Sales | Glossary |
| Non-Ad Valorem Assessments | PA Additional Online Tools |
| Property Record Cards | Property Search Help |
| Property Taxes | Report Discrepancies |
| Report Homestead Fraud | Tax Comparison |
| Tax Estimator | TRIM Notice |
| Value Adjustment Board | |

## ASSESSMENT INFORMATION

| Year | 2016 | 2015 | 2014 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $48,500 | $46,650 | $46,650 |
| Assessed Value | $32,040 | $31,818 | $31,566 |

## TAXABLE VALUE INFORMATION

| | 2016 | 2015 | 2014 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $7,040 | $6,818 | $6,566 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $7,040 | $6,818 | $6,566 |
| **CITY** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $7,040 | $6,818 | $6,566 |
| **REGIONAL** | | | |

| | | | | |
|---|---|---|---|---|
| Exemption Value | | $25,000 | $25,000 | $25,000 |
| Taxable Value | | $7,040 | $6,818 | $6,566 |

## BENEFITS INFORMATION

| Benefit | Type | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $16,460 | $14,832 | $15,084 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $0 | $0 | $0 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

NEW WORLD CONDO APTS

UNIT 110

UNDIV 1.15%

INT IN COMMON ELEMENTS

OFF REC 17301-1661

OR 17478-3708 1296 1

F/A/U 30-2112-034-0100

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 12/01/1996 | $32,000 | 17478-3708 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.