

## ORDERED in the Southern District of Florida on December 29, 2016.

*A. Jay Cristol*

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

| In re: | Case No. 16-25650-AJC |
|---|---|
| ATLANTA MARLA WHITE | Chapter 7 |
| Debtor | |

### ORDER GRANTION MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF NEW WORLD CONDOMINIUM APARTMENTS <u>CONDOMINIUM ASSOCIATIO, INC.</u>
( 395 NW 177th Street Apt 110, Miami Gardens, FL 33169)

THIS CASE came before the Court on December 28, 2016 upon the Motion for Relief from the Automatic Stay (D.E. #19) filed by New World Condominium Apartments Condominium Association, Inc.  The Court having heard argument of Counsel and being fully otherwise advised on the matter, it is,

**ORDERED:**

1.      Secured Creditor's Motion for Relief from the Automatic Stay is GRANTED.

2.      The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real

property located at **395 NW 177th Street Apt 110, Miami Gardens, FL 33169** and legally described as:

> Unit No. 110, of NEW WORLD CONDOMINIUM APARTMENTS, a Condominium according to the Declaration of Condominium thereof, as recorded in the Official Book 17301, Page 1661, of the Public Records of Miami-Dade County, Florida.

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said Creditor shall neither seek no obtain an *in personam* judgment against the Debtor.

4. All communications sent by Secured Creditor in connection with proceedings against the property may be sent directly to the Debtor.

###

**Submitted By:**

SHMUCHER LAW, PL
20801 Biscayne Blvd. #403
Miami, FL 33180
Tel: 954-309-5559
Fax: 305-397-2333
E-mail: ofer@flbankrupt.com

Ofer Shmucher, Esquire is directed to serve copies of this order to all parties and to file the certificate of service.