Case NO 16-25650-AJC                2-24-17

Motion to Dismiss chapter 7 Bankruptcy Case

Sign
Atlanta white